**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADAPTIVE DATA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-006-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| QUALCOMM INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Plaintiff Adaptive Data LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Adaptive Data LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

Dated: May 8, 2015                STAMOULIS & WEINBLATT LLC

                                   */s/ Stamatios Stamoulis*
                                   Stamatios Stamoulis #4606
                                   stamoulis@swdelaw.com
                                   Richard C. Weinblatt #5080
                                   weinblatt@swdelaw.com
                                   Two Fox Point Centre
                                   6 Denny Road, Suite 307
                                   Wilmington, DE 19809
                                   Telephone: (302) 999-1540

                                   *Counsel for Plaintiff*
                                   *Adaptive Data LLC*